E-FILED
Wednesday, 09 April, 2014  09:12:39 AM
Clerk, U.S. District Court, ILCD

United States District Court
CENTRAL DISTRICT OF ILLINOIS

FILED
APR - 8 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

united States of America ex rel )
Kelis King )
Plaintiff )
) case # 14-2066
)
vs. )
Deandra Hopkins
Jeff Badu
Marvin Brooks )
Laura Tison )
University of Illinois Urbana Champaign - )
Police Department )
University of Illinois
Unknown Officer )
)
) Judge
) All rights reserved
Defendant/s ) Trial by Jury Demanded

## COMPLAINT SUIT FOR TITLE 42 U.S.C § 1983, TITLE 42 U.S.C §1985, TITLE 42 U.S.C §1986, & TITLE 28 U.S.C § 1343, CONSPIRACY, CONSPIRACY TO DEPRIVE CIVIL AND CONSTITUTIONAL RIGHTS, VIOLATION OF OATH OF OFFICE, MALFEASANCE, NONFEASANCE & OTHER LAWS BROKEN

This is an action by the Plaintiff against State/County officials acting under color of law for Civil rights violations involving wrongful arrest, unlawful search and seizure, criminal trespass, criminal conspiracy, deprivation of rights under color of law, negligence, malfeasance, fraud, theft of private property, and unlawful arrest with other violations that will be discovered throughout this case as this court may reveal.

At all times relevant herein the Defendants, employed as State and County agents/officers acting under color of law and outside the scope of their jurisdiction and authority, willfully caused Plaintiff a damage and physical injury, and in so doing, violated clearly established law, as those laws apply to Plaintiff's rights protected under the United States Constitution.

Be it known that each of the state actors herein have sworn an "oath of office" in regards, to their duties and therefore each of their acts under "color" of state law is in direct violation of their oath of office and equates to CRIMINAL CONSPIRACY under section 1985. Defendants and other unknown officers as partners or in concert actions are without substance and legal right.

1. This action is brought pursuant to TITLE 42 USC 1983, TITLE 42 USC 1985, & TITLE 42 USC 1986; The First Amendment, Fourth Amendment, Fifth Amendment, Eighth Amendment, Ninth Amendment, Tenth Amendment, and Fourteenth Amendment as well as Article I, §10 to the Constitution of the United States of America, and the Civil rights Act of 1871/ 1964/ 1968/ 1987/

& 1991. Other defendant John and Jane Does will be revealed as this case progresses. Petitioner is under reasonable expectation that he as an American Man created by God has rights.

I.     JURISDICTION AND VENUE

II. Plaintiff evokes the jurisdiction of this court pursuant to 28 U.S.C §1331, Federal Question as well as Article III Section § 2 of the Constitution of the United States. Violations of defendants were all committed within the geographic jurisdiction of the United States District Court Central District of Illinois.

III. PARTIES

A. PLAINTIFF

Kelis King, (hereinafter King or plaintiff) is One of We the People, an indigenous inhabitant traveler in one of these several states of the united States of America called Illinois and at all times relevant in this case is the injured party and private owner of genetic, spiritual, and intellectual property in representation of himself.

B. DEFENDANTS

1. Defendant University of Illinois (hereinafter UIUC) at all times relevant to this complaint is believed to be an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC is responsible for compensating, enriching, rewarding, and making policy for Defendant officers and personnel is being sued as a person in its official and individual capacity.

2. Defendant University of Illinois Urbana Champaign Police Department (hereinafter UIUC PD) at all times relevant to this complaint is believed to be the enforcement of law, ordinances, and code in the geographic area of UIUC which is an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC PD is responsible for discriminating against plaintiff King by segregating his physical person from the geographic area of the UIUC public property without probable cause or due process of law, violating his reasonable expectation to privacy by unlawful trespass, as well as compensating, enriching, rewarding, and making policy for Defendant officers and personnel whom are being sued as a persons in their official and individual capacity.

3. Defendant ~~Lisa~~ Laura Tison is an agent/ employee of the University of Illinois Urbana Champaign Police Department (hereinafter UIUC PD) at all times relevant to this complaint is believed to be under color of law as an investigator in the enforcement of law, ordinances, and code in the geographic area of UIUC which is an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC PD is responsible for discriminating against plaintiff King by falsely arresting, seizing, and detaining his physical person from the geographic area of the UIUC public property without probable cause or due process of law, violating his reasonable expectation to privacy by unlawful trespass, as well as compensating,

enriching, rewarding, and making policy for Defendant officers and personnel whom are being sued as a persons in their official and individual capacity.

4. Defendant ~~Lisa~~ Laura Tison is an agent/ employee of the University of Illinois Urbana Champaign Police Department (hereinafter UIUC PD) at all times relevant to this complaint is believed to be under color of law as an investigator in the enforcement of law, ordinances, and code in the geographic area of UIUC which is an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC PD is responsible for discriminating against plaintiff King by falsely arresting, seizing, and detaining his physical person from the geographic area of the UIUC public property without probable cause or due process of law, violating his reasonable expectation to privacy by unlawful trespass, as well as compensating, enriching, rewarding, and making policy for Defendant officers and personnel whom are being sued as a persons in their official and individual capacity.

5. Defendant Unknown Man with a gun and badge on his chest appears to be an agent/ employee of the University of Illinois Urbana Champaign Police Department (hereinafter UIUC PD) at all times relevant to this complaint is believed to be under color of law as enforcement of law, ordinances, and code in the geographic area of UIUC which is an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC PD is responsible for discriminating against plaintiff King by falsely arresting, seizing, and detaining his physical person from the geographic area of the UIUC public property without probable cause or due process of law, violating his reasonable expectation to privacy by unlawful trespass, as well as compensating, enriching, rewarding, and making policy for Defendant officers and personnel whom are being sued as a persons in their official and individual capacity.

6. Defendant Deandre Hopkins is believed to of defaming the character of Plaintiff Kelis King thru contractive fraud in concert with Detective Lisa Tison. Defendant Lisa Tison is an agent/ employee of the University of Illinois Urbana Champaign Police Department (hereinafter UIUC PD) at all times relevant to this complaint Deandre Hopkins is believed to have reported the fraudulent information which let to government agents under color of law as an investigator in the enforcement of law, ordinances, and code in the geographic area of UIUC which is an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC PD is responsible for discriminating against plaintiff King by falsely arresting, seizing, and detaining his physical person from the geographic area of the UIUC public property without probable cause or due process of law, violating his reasonable expectation to privacy by unlawful trespass, as well as compensating, enriching, rewarding, and making policy for Defendant officers and personnel whom are being sued as a persons in their official and individual capacity.  Deandre Hopkins to believe to reside in state of Illinois.

7. Defendant Jeff Badu is believed to of defaming the character of Plaintiff Kelis King thru contractive fraud in concert with Detective Lisa Tison. Defendant Lisa Tison is an agent/ employee of the University of Illinois Urbana Champaign Police Department (hereinafter UIUC PD) at all times relevant to this complaint Deandre Hopkins is believed to have reported the fraudulent information which let to government agents under color of law as an investigator in the enforcement of law, ordinances, and code in the geographic area of UIUC which is an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC PD is responsible for discriminating against plaintiff King by falsely arresting, seizing, and detaining his physical person from the geographic area of the UIUC public property without probable cause or due process of law, violating his reasonable expectation to privacy by unlawful trespass, as well as compensating, enriching, rewarding, and making policy for Defendant officers and personnel whom are being sued as a persons in their official and individual capacity. ~~Deandre Hopkins~~ to believe to reside in state of Illinois.   Jeff Badu

8. Defendant Marvin Brooks is believed to of defaming the character of Plaintiff Kelis King thru contractive fraud in concert with Detective Lisa Tison. Defendant Lisa Tison is an agent/ employee of the University of Illinois Urbana Champaign Police Department (hereinafter UIUC PD) at all times relevant to this complaint Deandre Hopkins is believed to have reported the fraudulent information which let to government agents under color of law as an investigator in the enforcement of law, ordinances, and code in the geographic area of UIUC which is an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC PD is responsible for discriminating against plaintiff King by falsely arresting, seizing, and detaining his physical person from the geographic area of the UIUC public property without probable cause or due process of law, violating his reasonable expectation to privacy by unlawful trespass, as well as compensating, enriching, rewarding, and making policy for Defendant officers and personnel whom are being sued as a persons in their official and individual capacity. ~~Deandre Hopkins~~ to believe to reside in state of Illinois.

COMPLAINT

1.   March 3rd 2014 at 12:51PM Defendant ~~Lisa~~ Laura Tison called citizen, Kelis King, on his cellular device. Plaintiff King was not available at the time to take Detective Tison phone call.

2.   March 4th 2014, Detective Tison called and left Mr. King a voicemail. In addition, she sent him an email.

3.   March 5th, 2014 around 10:30am an Unknown man with a gun, a badge, and the uniform appearing to be acting under color of law as a policeman knocked on Plaintiff King's door at 609 S.

Randolph apt 207 Champaign, IL 61820. The unidentified man with the gun and a badge believed by your plaintiff to be acting as an Officer (?) demanded me to step outside of my apartment.

4. I followed the man's order because he had a gun and appeared to be employed under color of law as an officer . The unidentified man with the gun and a badge stated that Detective Tison had been attempting to get in contact with me. The unidentified man with the gun and badge made a call on a cellular device in his possession and handed the phone to me where I recognized the voice of the woman that has been harassing me with messages, Detective Tison, to be the voice on that man's phone.

5. Once on the phone, Detective Tison stated she was conducting an investigation and that she needed me to come into the police station. She furthered inquired about when I would be able to come into the station. I stated that I would need a lawyer present while speaking to Detective Tison.

6. Detective Tison ordered that I give the phone back to the unidentified man with the gun and the badge. Tison and the man with the gun and badge briefly conspired in which, immediately after, the unidentified man with the gun and a badge told ordered me to face the wall and to place my hands behind my back. The unidentified man did not show me or mention an arrest warrant as I did not consent to his actions and told him so. If the man was a police officer then he should have known better than to violate my rights and kidnap me without a warrant.

7. The unidentified man with the gun continued his seizure of me and trespass on my privacy and placed handcuffs on me. I asked the officer on multiple occasions for the reason of the unlawful seizure and he did not answer. The officer stated that, "you will find out once you get to the police station and that Detective wanted to further speak with him. There were no arrest warrant present and Mr.King rights were not read to me.

8. The unidentified man with the gun and a badge forced me out of the apartment complex and forced me into the back of a car. The unidentified man with the gun and a badge on his chest transported me against my will to a dark dungeon like facility where a woman was present whom identified herself as Detective Tison.

9. I asked the woman identified as Detective Tison if there were charges being brought against me. The woman identifying herself as Tison stated that she was investigating theft of funds from the National Association of Black Accountants (NABA), an organization in which I am currently the president of and am supervisor of the treasurer and what he does with funds.

10. The woman identifying herself as Detective Tison sarcastically asked me if I even had a lawyer in which I told her would speak with her and demanded to know when the counsel will be able to come in. She ordered that my counsel come in as soon as possible since she would be busy with meetings the next day (Thursday) and Unofficial St. Patrick's on Friday.

11. Tison allowed unidentified man with the gun and the badge that transported me to the dungeon like location to seize me and force me back into another car in which the unidentified man with the gun

and a badge on his chest drove me to a distant location resembling the Champaign Satellite Prison in Urbana where I was detained for several hours missing classes and coursework.

12. March 6th, 2014 the persons that detained me released me from the detainee facility stating that there were no charges pressed against me and I was released without any paperwork.

13. March 7th, 2014 I returned home to learn that police officers may have entered my apartment without consent from my roommate Cameron Veasey. Allegedly, police officers searched my room.

14. March 10th, 2014 the woman identifying herself as Detective Tison continued her harassment of me even though I asked her not to and admonished her that I was obtaining assistance of counsel to speak with her. She communicated to me at three times that day.

15. After meeting with assistance of counsel and reservation of all of my rights as mentioned in the constitution of the United States of America it was revealed that defendant Deandre Hopkins had made a fraudulent report in concert with defendant Tison whom should have known better. Defendant Tison as a investigator trained and supervised by UIUC PD willfully , wreckfully, and wantonly deprived me of my rights under the supervision of UIUC PD and the University of Illinois in expression that it is a policy and a practice of all defendants herein in concert the deprived males that appear to be black of our rights. In the future, I will provide that defendants other black men like me.

PRAYER FOR REMEDIES

A. ENTER A PRELIMINARY INJUNCTION RESTRAINING AND ENJOINING THE DEFENDANTS FROM UNDERTAKING, ENFORCING, MAINTAINING, OR ADOPTING POLICIES AND PROCEDURES AND PRACTICES OR ACTS ORDERING KING IN ANY RESTRICTIVE WAYS IN POWER. ENTER A SUBPOENA FOR ANY AND ALL RECORDS WITH ALL CONTENT HELD WITH INFORMATION ON DEFENDANT KING AND HIS BUSINESSES OR NAME LIKENESSES FROM ALL OFFICES OF UIUC AND UIUC PD, and GRANT THE PUNITIVE AND COMPENSATORY DAMAGES AS FOLLOW: Enter an order restraining Deandre Hopkins and other unknown conspirators of the National Association of Black Accountants form the further defame of character of Plaintiff Kelis King

B. Enter an immediate investigation into criminal charges for the defendants such as and not limited to 18 USC 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, 18 USC 241 CONSPIRACY AGAINST RIGHTS, 18 USC 247 OBSTRUCTION OF RELIGIOUS PRACTICES, 28 USC 1343 CIVIL RIGHTS & ELECTIVE FRANCHISES and;

C. As compensatory damages, the sum of $1,000,000 and ;

D. As punitive damages the sum of $1,000,000 based on but not limited to the following ;

E. **Trespassing/Trespass, without a lawful, correct, and complete 4th amendment warrant**: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

F.  **Violation of Right to Due Process, Violation of the Right of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

G.  **Unfounded Accusations by Officers of the Court, or Unlawful Determination**: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

H.  **Denial and/or Abuse of Due Process:** $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

I.   **Obstruction of Justice**: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

J.  **Unlawful Detention, False Imprisonment, or Incarceration**: $2,000,000.00 (Two Million) lawful US Dollars, per day, per occurrence, per officer, or agent involved.

K.  **Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court**: $2,000,000.00 (Two Million) lawful US Dollars per occurrence, per officer, or agent involved.

L.  **Violation of Rights**: $2,000,000.00 (Two Million) Dollars, per occurrence, per officer, or agent involved.

M.  **Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property**, including genetic, spiritual, or intellectual property, buildings, structures, financial accounts, funds, work energy, and other properties belonging to the Natural Man or Secured Party will incur a penalty of total of $2,000,000.

N.  All attorneys' fees incurred in prosecuting this action pursuant to 42 USC 1988.

O.  The right to amend this complaint is warranted by further evidence and fact finding;

P.  And other relief as to the court seems proper.

All Rights Reserved,


Kelis King

609 S. Randolph #207

Champaign, IL 61820
(773) 603-7380

STATE OF ILLINOIS           )
                            ) ss
COUNTY OF CHAMPAIGN         )

## Affidavit of Facts in Support of Complaint

Comes now, **Kelis King**, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states the She has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge:

1.      March 3rd 2014 at 12:51PM Defendant Lisa Tison called citizen, Kelis King, on his cellular device. Plaintiff King was not available at the time to take Detective Tison phone call.

2.      March 4th 2014, Detective Tison called and left Mr. King a voicemail. In addition, she sent him an email.

3.      March 5th, 2014 around 10:30am an Unknown man with a gun, a badge, and the uniform appearing to be acting under color of law as a policeman knocked on Plaintiff King's door at 609 S. Randolph apt 207 Champaign, IL 61820. The unidentified man with the gun and a badge believed by your plaintiff to be acting as an Officer (?) demanded me to step outside of my apartment.

4.      I followed the man's order because he had a gun and appeared to be employed under color of law as an officer . The unidentified man with the gun and a badge stated that Detective Tison had been attempting to get in contact with me. The unidentified man with the gun and badge made a call on a cellular device in his possession and handed the phone to me where I recognized the voice of the woman that has been harassing me with messages, Detective Tison, to be the voice on that man's phone.

5. Once on the phone, Detective Tison stated she was conducting an investigation and that she needed me to come into the police station. She furthered inquired about when I would be able to come into the station. I stated that I would need a lawyer present while speaking to Detective Tison.

6.      Detective Tison ordered that I give the phone back to the unidentified man with the gun and the badge. Tison and the man with the gun and badge briefly conspired in which, immediately after, the unidentified man with the gun and a badge told ordered me to face the wall and to place my hands behind my back. The unidentified man did not show me or mention an arrest warrant as I did not consent to his actions and told him so. If the man was a police officer then he should have known better than to violate my rights and kidnap me without a warrant.

7.      The unidentified man with the gun continued his seizure of me and trespass on my privacy and placed handcuffs on me. I asked the officer on multiple occasions for the reason of the unlawful seizure and he did not answer. The officer stated that, "you will find out once you get to the police station and

11. Tison allowed unidentified man with the gun and the badge that transported me to the dungeon like location to seize me and force me back into another car in which the unidentified man with the gun and a badge on his chest drove me to a distant location resembling the Champaign Satellite Prison in Urbana where I was detained for several hours missing classes and coursework.

12. March 6th, 2014 the persons that detained me released me from the detainee facility stating that there were no charges pressed against me and I was released without any paperwork.

13. March 7th, 2014 I returned home to learn that police officers may have entered my apartment without consent from my roommate Cameron Veasey. Allegedly, police officers searched my room.

14. March 10th, 2014 the woman identifying herself as Detective Tison continued her harassment of me even though I asked her not to and admonished her that I was obtaining assistance of counsel to speak with her. She communicated to me at three times that day.

Govern Yourselves Accordingly.

_Kelis King_ (signature)
Kelis: King
Reserving All Rights, Without Prejudice

On this 3rd day of April in the year 2014, before me, the undersigned notary public, personally appeared Kelis King. Known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge that he/she/they executed the same for the purpose therein contained. In witness whereof, I hereunto set my hand and official seal.

STATE OF ILLINOIS
COUNTY OF CHAMPAIGN
SIGNED (OR SUBSCRIBED OR ATTESTED) BEFORE ME ON 4/3/14 (DATE)
BY Kelis King (NAME/S OF PERSON/S).

(SEAL)

"OFFICIAL SEAL"
KYLE WATSON
Notary Public, State of Illinois
My commission expires 07/11/16

(SIGNATURE OF NOTARY PUBLIC)