05442-U3738
KEF

E-FILED
Wednesday, 15 April, 2015 11:00:40 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APR 15 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| KELIS KING, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No.: 14-2066 |
| DEANDRA HOPKINS, JEFF BADU, MARVIN BROOKS, LAURA TISON, UNIVERSITY OF ILLINOIS URBANA CHAMPAIGN – POLICE DEPARTMENT, UNIVERSITY OF ILLINOIS, and UNKNOWN OFFICER, | ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

NOW COME the parties, KELIS KING, Plaintiff, personally, and the BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and LAURA TISON, Defendants, by counsel, and hereby stipulate that this action shall be dismissed without prejudice, pursuant to Federal Rule 41(a)(1), with each party to bear their own costs and fees.

KELIS KING,
Plaintiff

BY: _____
KELIS KING

BOARD OF TRUSTEES OF THE UNIVERSITY
OF ILLINOIS and LAURA TISON, Defendants

BY: _____
HEYL, ROYSTER, VOELKER & ALLEN
Keith E. Fruehling
ARDC #: 6216098